IRENE GOTTESMAN et al., Respondents, v EVELYN FRIEDMAN, Also Known as EVELINE FRIEDMAN, et al., Appellants, et al., Defendants.

Submitted April 30, 2012; decided June 12, 2012

898

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.